IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:07-00133 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| DERRICK SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

A revocation hearing is set in this action for **Friday, November 8, 2013 at 2:30 p.m.**

It is so **ORDERED**.

ENTERED this the 21st day of October, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court